```
CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055
```

Attorney for ALEXANDER HILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALEXANDER HILL,<br><br>          Defendant. | Case No.: 2:22-cr-189 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING ADMIT/DENY HEARING<br><br>DATE:  August 20, 2024<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Nchekube Onyima, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Alexander Hill, that the admit/deny hearing currently scheduled for August 20, 2024, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on September 24, 2024, at 9:30 a.m.  Defense counsel will require additional time to obtain and review discovery requested of the government.

DATED:   August 16, 2024      /S/    Nchekube Onyima
                              PHILLIP TALBERT
                              by NCHEKUBE ONYIMA
                              Attorney for Plaintiff

DATED:   August 16, 2024      /S/    Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ
                              Attorney for Alexander Hill

08/19/24

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing in the above-entitled matter, scheduled for August 20, 2024, at 9:30 a.m., is vacated and that hearing is continued to September 24, 2024, at 9:30 a.m. in order to provide defense counsel with reasonable time to prepare.

IT IS SO ORDERED.

Dated: __**August 19, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

08/19/24