**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
ALEXANDER HILL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:22-cr-189 DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. | |
| **ALEXANDER HILL,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by Plaintiff, United States of America, by and through its counsel, Special Assistant United States Attorney, Nchekube Onyima, and defendant, Alexander Hill, by and through his counsel, Jennifer Mouzis, that the admit/deny hearing currently scheduled for September 24, 2024, at 9:30 a.m., be vacated and the matter continued to November 5, 2024, at 9:30 a.m. Defense counsel was newly appointed to the case, and requires additional time to obtain and review discovery, and discuss possible resolution.

//

Dated: September 19, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

                                      By:    /s/ Nchekube Onyima
                                             NCHEKUBE ONYIMA
                                             Special Assistant United States Attorney

Dated: September 19, 2024                     /s/ Jennifer Mouzis
                                             JENNIFER MOUZIS
                                             Attorney for Defendant
                                             ALEXANDER HILL

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the admit or deny hearing currently scheduled for September 24, 2024, is vacated and the matter is continued to November 5, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 19, 2024**             _Dale A. Drozd_
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE