1  PHILLIP A. TALBERT
   United States Attorney
2  NCHEKUBE ONYIMA
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,     | CASE NO. 2:22-CR-189-DC |
|---|---|
| Plaintiff,                    | STIPULATION TO CONTINUE ADMIT/DENY HEARING AND [PROPOSED] ORDER |
| v.                            | DATE: November 5, 2024, |
| ALEXANDER VINCENT HILL,       | TIME: 9:30 a.m. |
| Defendant.                    | COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NCHEKUBE ONYIMA, and defendant ALEXANDER VINCENT HILL, both individually and by and through his counsel of record, Michael E. Hansen, hereby stipulate that the admit/deny hearing currently scheduled for November 5, 2024, be vacated and the matter continued to December 6, 2024. Defense counsel was newly appointed to the case, and requires additional time to obtain and review discovery, and discuss possible resolution.

STIPULATION TO CONTINUE ADMIT/DENY HEARING                1

IT IS SO STIPULATED.

Dated:  October 9, 2024                                              PHILLIP A. TALBERT
                                                                                      United States Attorney


                                                                                      /s/Nchekube Onyima
                                                                                      NCHEKUBE ONYIMA
                                                                                      Special Assistant United States Attorney


Dated:  October 9, 2024                                              /s/ Michael Hansen
                                                                                      MICHAEL E. HANSEN
                                                                                      Counsel for Defendant
                                                                                      Alexander Vincent Hill


IT IS SO ORDERED.

Dated:   **October 10, 2024**                                      _____
                                                                                      Dena Coggins
                                                                                      United States District Judge