UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINCENT HILL,<br><br>Defendant. | No. 2:22-CR-00189-DC<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ALEXANDER VINCENT HILL;

Case No. 2:22-CR-00189-DC, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

       __      Unsecured Appearance Bond

       __      Appearance Bond with 10% Deposit

       __      Appearance Bond with Surety

       __      Corporate Surety Bail Bond

  __X__ (Other): <u>Time Served</u>.

Issued at Sacramento, California on __2/21/25__, at __9:53a.m.__

_____

Dena M. Coggins
United States District Judge